UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL TRUEBLOOD (#129374)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-258-JJB-DLD

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 25, 2010 (doc. no. 11).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint will be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 42 U.S.C. §1997e(e).

Baton Rouge, Louisiana, this 17th day of February, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA