UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL TRUEBLOOD (#129374)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-258-JJB-DLD

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and and 42 U.S.C. §1997e(e).

Baton Rouge, Louisiana, this 12th day of February, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA